AO 442 (Rev. 11/11) Arrest Warrant

FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 0 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.

Abraham Chol Keech

)
)
)   Case No.   24-3084-1-MJ
)
)
)
)

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Abraham Chol Keech _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count One - Conspiracy to Violate the Arms Export Control Act (AECA) and the International Traffic in Arms Regulations (ITAR) in violation of Title 22, U.S.C. §§ 2778(b)(2), (c); and Title 22, Code of Federal Regulations, Parts 121.1, 123.1, 126.1, 127.1(a)(4), and 127.3; Count Two - Conspiracy to Violate the Export Control Reform Act (ECRA) and the Export Administration Regulations (EAR) in violation of Title 50, U.S.C. §§ 4819(a)(1), 4819(a)(2)(D), and 4819(b); and Title 15, Code of Federal Regulations, Parts 736.2(b)(1) and 774, Supp. No. 1; Count Three - Smuggling of Goods from the United States in violation of Title 18, U.S.C. § 554(a)

Date: February 29, 2024

City and state: Phoenix, AZ

M Morrissey
_____
Issuing officer's signature

Michael T Morrissey, U.S. Magistrate Judge
_____
Printed name and title

### Return

This warrant was received on (date) 2-29-24, and the person was arrested on (date) 3/1/24

at (city and state) Phoenix, AZ _____ .

Date: 3-6-24

_____
Arresting officer's signature

Jeremy Kisce, Special Agent
_____
Printed name and title