GARY M. RESTAINO
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
DAVID A. PIMSNER
Arizona State Bar No. 007480
RAYMOND K. WOO
Arizona State Bar No. 023050
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Amy.Chang@usdoj.gov
Email: David.Pimsner@usdoj.gov
Email: Raymond.Woo@usdoj.gov

LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
RACHEL E. CRAFT
New York State Bar No. 5613708
Massachusetts State Bar No. 704439
Trial Attorneys, National Security Division
Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Email: Rachel.Craft@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>        Plaintiff,<br><br>  vs.<br><br>1. Abraham Chol Keech,<br><br>  and<br><br>2. Peter Biar Ajak,<br><br>        Defendants. | CR-24-00394-PHX-SPL<br><br>**GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL** |

The United States of America hereby provides notice pursuant to Local Rule of Criminal Procedure 57.14 and Local Rule of Civil Procedure 83.3(b) that Trial Attorney Rachel E. Craft is withdrawn as counsel of record for the United States. Assistant U.S. Attorneys Amy C. Chang, David A. Pimsner, and Raymond K. Woo, and Trial Attorneys Christopher M. Cook and Leslie C. Esbrook remain counsel of record.

Respectfully submitted this 5th day of November, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Rachel E. Craft*
RACHEL E. CRAFT
Trial Attorney, National Security Division
AMY C. CHANG
DAVID A. PIMSNER
RAYMOND K. WOO
Assistant U.S. Attorneys
LESLIE C. ESBROOK
CHRISTOPHER M. COOK
Trial Attorneys, National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
Ashley Fitzwilliams and Kurt Altman, *Attorneys for Peter Ajak.*

*s/ Alexandria Gaulin*
U.S. Attorney's Office