1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   AMY C. CHANG
3  Arizona State Bar No. 027566
   RAYMOND K. WOO
4  Arizona State Bar No. 023050
   M. BRIDGET MINDER
5  Arizona State Bar No. 023356
   Assistant United States Attorneys
6  Two Renaissance Square
   40 N. Central Ave., Suite 1800
7  Phoenix, Arizona 85004
   Telephone:  602-514-7500
8  Email: amy.chang@usdoj.gov
   Email: raymond.woo@usdoj.gov
9  Email: bridget.minder@usdoj.gov

10 SUE BAI
   Supervisory Official
11 National Security Division
   LESLIE C. ESBROOK
12 New York State Bar No. 5406301
   District of Columbia Bar No. 1670737
13 CHRISTOPHER M. COOK
   District of Columbia Bar No. 90013354
14 Trial Attorneys
   Counterintelligence and Export Control Section
15 950 Pennsylvania Ave, NW
   Washington, DC 20530
16 Email: Leslie.Esbrook@usdoj.gov
   Email: Christopher.Cook7@usdoj.gov
17 Attorneys for Plaintiff

18            IN THE UNITED STATES DISTRICT COURT

19              FOR THE DISTRICT OF ARIZONA

20
   United States of America,                    CR-24-00394-PHX-SPL
21
                   Plaintiff,
22                                        GOVERNMENT'S NOTICE
          vs.                             OF INTENT TO INTRODUCE
23                                        POSSIBLE EXPERT TESTIMONY:

24 Abraham Chol Keech, and                       FRANK TREVINO

25 Peter Biar Ajak,

26                 Defendants.

27

28

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby gives notice of its intent to present testimony that may fall under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief and/or in rebuttal at trial. The government does not concede this witness is an expert but discloses his testimony in an abundance of caution. The government reserves the right to supplement this notice.

**Frank Trevino, Deputy Director of Licensing, Senior General Engineer, Nuclear and Missile Technology Controls and Guns and Ammunition Division, Bureau of Industry and Security, U.S. Department of Commerce**

Mr. Trevino is currently a Senior General Engineer for the Nuclear and Missile Technology Controls and Guns and Ammunition Division at the U.S. Department of Commerce's Bureau of Industry and Security ("BIS"). The Department of Commerce and its subagency, BIS, advance U.S. national security, foreign policy, and economic objectives by ensuring an effective export control and treaty compliance system, and by promoting continued U.S. strategic technology leadership. BIS has authority under certain statutes, executive orders, and implementing regulations, including the Export Control Reform Act ("ECRA"), 50 U.S.C. § 4819 *et seq.*, and the Export Administration Regulations ("EAR"), 15 C.F.R. Parts 730-774. Commodities regulated by these statutes and regulations are listed or described on the Commerce Control List ("CCL"), 15 C.F.R. Part 774. The Office of Nuclear and Missile Technology Controls Division is responsible for administering U.S. unilateral export controls and the Commerce Department's multilateral export control responsibilities under certain international agreements. The Nuclear and Missile Technology Controls Division administers the licensing of exports of firearms and ammunition, in addition to administering the licensing for the export of nuclear items and advising on exports of missile related items.

Mr. Trevino has over 12 years of experience working on export control issues and licensing determinations. Mr. Trevino has provided technical expertise in supporting license determinations and advisory opinions about classification of items regulated by the Department of Commerce and has participated in over 1,000 license determinations for

guns and ammunition. His testimony will be based on his lengthy experience in export compliance specializing in the Department of Commerce's export regulations and his current role as Senior General Engineer at BIS. Further details of Mr. Trevino's qualifications are contained in his CV, which is being provided to counsel via email.

The government intends to elicit the following opinions from Mr. Trevino based on his experience as described in his CV:

1. **The purpose, function, and structure of the CCL:** The government anticipates that Mr. Trevino will testify as to why certain articles and services are controlled for export under the ECRA and placed on the CCL and how the EAR implements the ECRA. Mr. Trevino will testify that the ECRA became law in 2018 to enhance U.S. export and investment controls and to address concerns regarding the release of critical technologies to end uses, end users, and destinations of concern.

The ECRA and its implementing regulations, the EAR, primarily control the export, reexport, and transfer of commercial, dual-use and less sensitive military items to end uses, end users, and destinations of concern. A "dual use" item is one that has civil applications as well as applications related to the military, terrorism, or weapons of mass destruction. The EAR supports U.S. national security and foreign policy by restricting the export of items that could make a significant contribution to the military potential of other nations or that could be detrimental to the foreign policy or national security of the United States.

In particular, the EAR impose licensing and other requirements for items subject to the EAR to be exported lawfully from the United States or re-exported lawfully from one foreign destination to another. The most sensitive items subject to EAR controls are identified on the CCL. The CCL is divided into ten broad categories, and each category is further subdivided into five product groups. For example, Category 0 references Nuclear Materials Facilities & Equipment (and Miscellaneous Items) (to include firearms and ammunition). Items on the CCL are categorized by Export Control Classification Number ("ECCN"), each of which has export control requirements depending on destination, end use, and end user. For example, 15 C.F.R. Part 742 describes various reasons for control

of items covered by the ECCN, to include national security, missile technology, regional stability, crime control and detection, anti-terrorism, nuclear nonproliferation, and encryption items. Since March 9, 2020, non-automatic and semi-automatic firearms equal to .50 caliber or less are controlled under ECCN 0A501.a, and ammunition is controlled under ECCN 0A505.a.

2.    **The export controls at issue in this case:** The government anticipates that Mr. Trevino will testify that during the relevant time period, based on his review of the facts of this case and the items attempted for export by the defendants, the following items were subject to the jurisdiction of the Department of Commerce in accordance with the CCL: (1) PSL sniper rifles; (2) 7.62 x 39 mm ammunition; and (3) 7.62 x 54 mm ammunition. Specifically, Mr. Trevino will testify that during the relevant time period, a license from BIS was required to export PSL sniper rifles to South Sudan because they were controlled under ECCN 0A501.a (Non-automatic and semi-automatic firearms equal to 0.50 caliber (12.7 mm) or less), for National Security and Regional Stability reasons. Mr. Trevino will further testify that a license was required to export 7.62 x 39 mm ammunition and 7.62 x 54 mm ammunition to South Sudan because they were controlled under ECCN 0A505.a (Ammunition for firearms controlled by ECCN 0A501 or USML Category I and not enumerated in paragraphs b-d of this entry or in USML Category III), for National Security, Regional Stability reasons. In addition, South Sudan was a D:5 listed country, meaning that a U.N. arms embargo prohibited the export of ammunition and firearms to South Sudan during the relevant time period.

3.    **The BIS licensing process**: Mr. Trevino will testify that country-specific policies for license determinations are set out by regulation or statute, as reflected in Supplement No. 1 to Part 740 of the EAR. Typically, individuals and businesses must submit license applications to BIS via an online platform called SNAP-R, which helps streamline the application process and facilitates communication between BIS and license applicants. He will further testify that some exports as described by Part 740 of the EAR do not require a license to export under a license exception provision. A "license exception"

1    is an authorization that allows for export or reexport under stated conditions for items that

2    would otherwise require a license. Mr. Trevino will testify that South Sudan is listed as an

3    arms embargoed nation under D:5 of Supplement No. 1 to Part 740 (Country Groups),

4    meaning that there are no license exceptions for export of items controlled under ECCNs

5    0A501 or 0A505 to South Sudan.

6        4.    **Defendants' license and registration history**: The government also

7    anticipates that Mr. Trevino will testify as a fact witness, based on his personal knowledge,

8    about the defendants Peter Biar Ajak and Abraham Chol Keech's licensing and registration

9    history (or lack thereof) with the Department of Commerce. Based on that personal

10   knowledge from a review of internal Department of Commerce systems, Mr. Trevino will

11   testify that neither defendant applied for or received a license to export any items from the

12   United States to South Sudan or any other country.

13                                    ****

14

15   Mr. Trevino's qualifications are listed on the CV incorporated in this notice and

16   provided to defendants under separate cover. Mr. Trevino has not authored any

17   publications within the last 10 years or testified as an expert at trial during the previous 4

18   years.

19

20

21                                    Frank Trevino

22                                    Senior General Engineer

23                                    Bureau of Industry and Security

24                                    U.S. Department of Commerce

25   ///

26   ///

27   ///

28   ///

1      Respectfully submitted this 16th day of May, 2025.

2                                  TIMOTHY COURCHAINE
                                   United States Attorney

3                                    District of Arizona

6                                    *s/M. Bridget Minder*
                                   AMY C. CHANG

7                                    RAYMOND K. WOO
                                   M. BRIDGET MINDER

8                                    Assistant U.S. Attorneys

9                                    LESLIE C. ESBROOK
                                   CHRISTOPHER M. COOK

10                                 Trial Attorneys, National Security Division

## CERTIFICATE OF SERVICE

13      I hereby certify that on May 16, 2025, I electronically transmitted the attached

14 document to the Clerk's Office using the CM/ECF System for filing a copy to the following

15 CM/ECF registrants:

16      Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*

17      Kurt Altman, *Attorney for Peter Ajak*

19    *s/Alexandria Gaulin*
   U.S. Attorney's Office