TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

SUE BAI
Supervisory Official
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Abraham Chol Keech, and<br>Peter Biar Ajak,<br><br>                    Defendants. | CR-24-00394-PHX-SPL<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANTS' NOTICES OF PUBLIC AUTHORITY DEFENSE<br>AND<br>REQUEST FOR DISLCOSURE OF WITNESSES** |

As required by Fed. R. Crim. P. 12.3(a)(3), the United States hereby responds to the notices of public authority defense filed by defendants Keech (Doc. 92) and Ajak (Doc.

93). The government denies that defendants exercised the public authority identified in their notices.

In addition, pursuant to Fed. R. Crim. P. 12.3(a)(4)(A), the government requests that defendants disclose the name, address, and telephone number of each witness the defendants intend to rely on to establish a public authority defense. Defendants must make such disclosure to counsel for the government within 14 days, as required by Fed. R. Crim. P. 12.3(a)(4)(B).

Respectfully submitted this 12th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/M. Bridget Minder*
AMY C. CHANG
RAYMOND K. WOO
M. BRIDGET MINDER
Assistant U.S. Attorneys

LESLIE C. ESBROOK
CHRISTOPHER M. COOK
Trial Attorneys, National Security Division

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
Kurt Altman, *Attorney for Peter Ajak*

*s/Alexandria Gaulin*
U.S. Attorney's Office