LAW OFFICE OF
# RICHARD C. BOCK
ATTORNEY AT LAW
SUITE 1003, PIONEER PLAZA BUILDING
100 NORTH STONE
TUCSON, ARIZONA 85701
(520) 792-4940
FAX (520) 792-2139

Attorney for
**ATTORNEY FOR DEFENDANT KEECH**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO. CR24-00394-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF TRAVEL** |
| | ) | |
| VS. | ) | |
| | ) | |
| 1. Abraham Chol Keech and | ) | |
| 2. Peter Biar Ajak | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(F) may result from the filing of this motion or an order based thereon.

COMES NOW undersigned counsel, and respectfully notices this Honorable Court of his travel plans for July 31, 2025.

Undersigned counsel has a non-refundable airline ticket to Chicago, Illinois departing from Tucson on July 31, 225 and returning to Tucson on August 3, 2025.

The Court has set an evidentiary hearing in this matter for July 30, 2025. In the event that hearing is not concluded on that date, undersigned counsel would respectfully request that

due to his travel plans that a continued evidentiary hearing not be reset to July 31, 2025.

Neither the government nor the attorney for Defendant Peter Biar Ajak, Mr. Kurt Altman, have an objection to undersigned counsel's request.

RESPECTFULLY SUBMITTED this 12th day of June, 2025.

BY   /s/ RICHARD C. BOCK

I hereby certify that on the 12th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Steven P. Logan
United District Court Judge
logan_chambers@azd.uscourts.gov

M. Brideet Minder
Assistant U.S. Attorney
bridget.mirder@usdoj.gov

Amy Chang
Assistant U.S. Attorney
amy.chang@usdoj.gov

Raymond Woo
Assistant U.S. Attorney
raymond.woo@usdoj.gov

Kurt M. Altman
Attorney for Peter Biar Ajak
Kurt@altmanaz.com

Dominic Rizzi
Co-Counsel for Defendant
rizzilawaz@gmail.com

By: /s/ Richard C. Bock

2