LAW OFFICE OF

# RICHARD C. BOCK
ATTORNEY AT LAW
SUITE 1003, PIONEER PLAZA BUILDING
100 NORTH STONE
TUCSON, ARIZONA 85701
(520) 792-4940
FAX (520) 792-2139

Attorney for
**ATTORNEY FOR DEFENDANT KEECH**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | NO.  CR24-00394-PHX-SPL |
| Plaintiff, | ) | **NOTICE OF JOINDER** |
| VS. | ) | |
| 1.  Abraham Chol Keech and | ) | |
| 2.  Peter Biar Ajak | ) | |
| Defendant. | ) | |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(F) may result from the filing of this motion or an order based thereon.

COMES NOW the defendant, b and through undersigned counsel, and hereby gives notice of his joinder to Defendant Ajak's Motion to Dismiss the Superseding Indictment for Selective Prosecution in Violation of the Equal Protection Component of the Due Process Clause of the Fifth Amendment; or in the Alternative, Defendant Ajak's Motion for Discovery as to Prosecutorial Intent filed on May 29, 2025.

RESPECTFULLY SUBMITTED this 12th day of June, 2025.

BY __/s/ RICHARD C. BOCK_____

1

LAW OFFICE OF RICHARD C. BOCK
ATTORNEY AT LAW
SUITE 1003, PIONEER PLAZA BUILDING
100 NORTH STONE
TUCSON, ARIZONA 85701
(520) 792-4940   FAX (520) 792-2139

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

I hereby certify that on the 12th day of June, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable Steven P. Logan
United District Court Judge
logan_chambers@azd.uscourts.gov

M. Brideet Minder
Assistant U.S. Attorney
bridget.mirder@usdoj.gov

Amy Chang
Assistant U.S. Attorney
amy.chang@usdoj.gov

Raymond Woo
Assistant U.S. Attorney
raymond.woo@usdoj.gov

Kurt M. Altman
Attorney for Peter Biar Ajak
Kurt@altmanaz.com

Dominic Rizzi
Co-Counsel for Defendant
rizzilawaz@gmail.com

By: /s/ Richard C. Bock