☒ FILED  ☐ LODGED

**Jun 13 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Daniel R. Koffmann (admitted *pro hac vice*)
Marielle Paloma Greenblatt (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
danielkoffmann@quinnemanuel.com
mariellegreenblatt@quinnamemanuel.com

*Counsel for Nonparty John Doe*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. 24 Cr. 394 (SPL) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Abraham Chol Keech<br>Peter Biar Ajak, | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Daniel R. Koffmann of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, New York, New York 10016, hereby appears as counsel of record on behalf of Nonparty John Doe.

I certify that I am a member in good standing of the Bar of the Supreme Court of the United States; the States of New York and California; the United States Courts of Appeals for the Second, Fourth, and Ninth Circuits; and the United States District Courts for the Southern District of New York, Eastern District of New York, Central District of California, and Northern District of California, and have been admitted to appear in this Court *pro hac vice*. I am familiar with the

Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 13, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|  | By  /s/  Daniel R. Koffmann<br>Daniel R. Koffmann (admitted *pro hac vice*)<br>295 Fifth Avenue<br>New York, NY 10016<br>(212) 849-7000<br>danielkoffmann@quinnemanuel.com |
|  | *Counsel for Nonparty John Doe* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, I caused the foregoing motion to be served by CM/ECF and by email on the following:

>Honorable Steven P. Logan
>United States District Judge
>logan_chambers@azd.uscourts.gov
>
>Amy C. Chang
>Raymond K. Woo
>M. Bridget Minder
>Assistant United States Attorneys
>amy.chang@usdoj.gov
>raymond.woo@usdoj.gov
>bridget.minder@usdoj.gov
>
>Kurt M. Altman
>Kurt M. Altman PLC
>kurt@almanaz.com
>
>Richard C. Bock
>Lingeman & Bock
>lingemanbock@qwestoffice.net
>
>Dominic J. Rizzi
>Law Office of Dominick Rizzi PLLC
>rizzilawaz@gmail.com

        /s/ Daniel R. Koffmann
        Daniel R. Koffmann