IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>vs.<br><br>Abraham Chol Keech, et al.,<br><br>                Defendants. | No. CR-24-00394-PHX-SPL<br><br>**ORDER** |

Before the Court is the Government's Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Federal Rule of Criminal Procedure 16(d)(1). (*See* Doc. 86). The Motion, which was accompanied by a memorandum of law and exhibits, was filed *ex parte*, *in camera*, and through the Classified Information Security Officer ("CISO"). The Government's submission contains classified information, and the Government has moved the Court to seal the Motion and accompanying materials.

The Motion seeks a protective order, pursuant to Section 4 of CIPA, 18 U.S.C. App. III, § 4, and Fed. R. Crim. P. 16(d)(1), regarding certain classified materials and information. After *ex parte*, *in camera* consideration of the Government's submission,

**IT IS ORDERED** that the Motion is **granted in full**.

///

///

///

**IT IS FURTHER ORDERED** that the Motion and accompanying materials, including the Memorandum of Law and all exhibits submitted therewith, shall be sealed and preserved in the custody of the CISO or his designee, in accordance with established court security procedures, until further order of this Court.

Dated this 18th day of June, 2025.

Honorable Steven P. Logan
United States District Judge