1    TIMOTHY COURCHAINE
     United States Attorney
2    District of Arizona
     AMY C. CHANG
3    Arizona State Bar No. 027566
     RAYMOND K. WOO
4    Arizona State Bar No. 023050
     M. BRIDGET MINDER
5    Arizona State Bar No. 023356
     Assistant United States Attorneys
6    Two Renaissance Square
     40 N. Central Ave., Suite 1800
7    Phoenix, Arizona 85004
     Telephone:  602-514-7500
8    Email: amy.chang@usdoj.gov
     Email: raymond.woo@usdoj.gov
9    Email: bridget.minder@usdoj.gov

10   JOHN EISENBERG
     Assistant Attorney General
11   National Security Division
     LESLIE C. ESBROOK
12   New York State Bar No. 5406301
     District of Columbia Bar No. 1670737
13   CHRISTOPHER M. COOK
     District of Columbia Bar No. 90013354
14   Trial Attorneys
     Counterintelligence and Export Control Section
15   950 Pennsylvania Ave, NW
     Washington, DC 20530
16   Email: Leslie.Esbrook@usdoj.gov
     Email: Christopher.Cook7@usdoj.gov
17   Attorneys for Plaintiff

18
                    IN THE UNITED STATES DISTRICT COURT
19
                        FOR THE DISTRICT OF ARIZONA
20

21   United States of America,                    No. CR-24-00394-PHX-SPL

22                  Plaintiff,

23           vs.                                   **UNOPPOSED MOTION FOR ENTRY
                                                   OF PROTECTIVE ORDER PURSUANT
24                                                 TO SECTION 3 OF THE CLASSIFIED
                                                   INFORMATION PROCEDURES ACT**
     Abraham Chol Keech, and
25   Peter Biar Ajak,

26                  Defendants.

27        The United States, with the consent of defendants Abraham Chol Keech and Peter

28   Biar Ajak, by their counsel, hereby moves the Court, pursuant to Section 3 of the Classified

Information Procedures Act, 18 U.S.C. App. III (CIPA); the Revised Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information (hereinafter "Security Procedures," which are reprinted after CIPA § 9); the Federal Rules of Criminal Procedure 16(d) and 57; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information that will be made available to the defense by the United States.  In support of this motion, the United States provides as follows:

1.    Section 3 of CIPA requires, upon motion of the United States, that the Court "shall issue an order to protect against the disclosure of any classified information disclosed by the United States to any defendant in any criminal case in a district court of the United States."

2.    Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the Court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief.

3.    Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of classified documents and information obtained through discovery.

4.    The defendants and their counsel have reviewed this motion and the proposed Protective Order and have agreed to its terms.

///

///

///

///

- 2 -

1    For these reasons, the United States respectfully requests that the Court enter the

2    proposed Protective Order Pertaining to Classified Information.

3    Respectfully submitted this 25th day of June, 2025.

4
                                        TIMOTHY COURCHAINE
5                                       United States Attorney
                                        District of Arizona
6

7

8                                       *s/ Amy Chang*
                                        AMY C. CHANG
9                                       RAYMOND K. WOO
                                        M. BRIDGET MINDER
10                                      Assistant U.S. Attorneys

11                                      LESLIE C. ESBROOK
                                        CHRISTOPHER M. COOK
12                                      Trial Attorneys, National Security Division

13

14                             **CERTIFICATE OF SERVICE**

15    I hereby certify that on June 25, 2025, I electronically transmitted the attached

16   document to the clerk's office using the CM/ECF System for filing, and transmittal of a

17   Notice of Electronic Filing to the CM/ECF registrants in this case:

18
        Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
19       Kurt Altman, *Attorney for Peter Ajak*

20   *s/ Alexandria Gaulin*
     U.S. Attorney's Office
21

22

23

24

25

26

27

28