TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

JOHN EISENBERG
Assistant Attorney General
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-00394-PHX-SPL |
| Plaintiff, | |
| vs. | **JOINT MOTION TO VACATE EVIDENTIARY HEARING** |
| Abraham Chol Keech, et al., | |
| Defendants. | |

The parties jointly move to vacate the evidentiary hearing currently set for July 30, 2025, at 9:00 am.

1  In July 2024, the Court entered a Complex Case Scheduling Order that provided for an evidentiary hearing on July 30, 2025, in the event such a hearing was necessary on any of the parties' substantive motions (which, at the time of the Complex Case Scheduling Order, had not yet been filed). (Docs. 57, 69.) The substantive motions have now been fully briefed. None of the parties intend to call any witnesses or present other evidence regarding the pending motions. The parties therefore jointly move to vacate the evidentiary hearing on July 30, 2025.

If the Court determines that oral argument is needed on one or more of the pending motions, such argument could be conducted as part of the Final Pretrial Conference on September 16, 2025, or at an earlier time that is convenient for the Court.

Respectfully submitted this 22nd day of July, 2025.

        TIMOTHY COURCHAINE
        United States Attorney
        District of Arizona

        *s/Amy C. Chang*
        AMY C. CHANG
        RAYMOND K. WOO
        M. BRIDGET MINDER
        Assistant U.S. Attorneys

        LESLIE C. ESBROOK
        CHRISTOPHER M. COOK
        Trial Attorneys, National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

    Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
    Kurt Altman, *Attorney for Peter Ajak*

*s/Alexandria Gaulin*
U.S. Attorney's Office