IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Abraham Chol Keech, et al.,<br><br>　　　　　Defendants. | CR-24-00394-PHX-SPL<br><br>**[PROPOSED] ORDER** |

　　　　Pursuant to the parties' joint motion to vacate the evidentiary hearing set for July 30, 2025, and good cause appearing,

　　　　**IT IS ORDERED** granting the joint motion to vacate.

　　　　**IT IS FURTHER ORDERED** vacating the evidentiary hearing set for July 30, 2025, at 9:00 am.