TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

JOHN EISENBERG
Assistant Attorney General
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Abraham Chol Keech, et al.,<br><br>Defendants. | CR-24-00394-PHX-SPL<br><br>**GOVERNMENT'S NOTICE OF CONFESSIONS, ADMISSIONS, AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |

The United States hereby provides notice, pursuant to Rule 16.1 of the Local Rules of Criminal Procedure for the District of Arizona, that the defendants' confessions,

admissions, and statements contained in the discovery provided in this case may be introduced into evidence by the government at trial.  *See United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).  These statements may include, but are not limited to, statements made by the defendants to law enforcement officers, including undercover agents, as well as statements made by defendants to other persons (including each other) involving, evidencing, or in any way related to the charged offenses.  These statements may also include recorded jail calls.

The government has produced these statements in discovery.  Any statements made by defendants discovered after this filing will be timely disclosed, and the government hereby notices that it may use any such statements at trial.

Respectfully submitted this 1st day of August, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/Amy C. Chang*
AMY C. CHANG
RAYMOND K. WOO
M. BRIDGET MINDER
Assistant U.S. Attorneys

LESLIE C. ESBROOK
CHRISTOPHER M. COOK
Trial Attorneys, National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
Kurt Altman, *Attorney for Peter Ajak*


*s/Theresa Hanson*
U.S. Attorney's Office