TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

JOHN EISENBERG
Assistant Attorney General
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Abraham Chol Keech, et al.,<br><br>          Defendants. | CR-24-00394-PHX-SPL<br><br>**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE OTHER ACTS EVIDENCE** |

The United States provides notice of intent to introduce evidence of other acts that are direct and inextricably intertwined with the offenses charged in the Superseding

Indictment or alternatively, are admissible pursuant to Rule 404(b).  This evidence includes information regarding (1) defendants' efforts to procure weapons and ammunition from sources other than the undercover agents; and (2) defendants' previous efforts to effect a non-democratic regime change in South Sudan.

The Superseding Indictment alleges that from February 2023 to March 2024, defendants communicated with undercover agents posing as Phoenix-based weapons dealers (the UCs) to buy export-controlled, military grade weapons and export them to South Sudan in furtherance of a non-democratic regime change.  The Superseding Indictment alleges violations of four separate export laws in connection with the scheme. (Doc. 71.)

During several recorded communications with the UCs, defendants told the UCs that defendants and/or their colleagues had discussed procuring weapons from other sources, including weapons suppliers in Europe and Africa. (*See, e.g.*, Bates 5174, 5194, 5195.)  In addition, in reviewing defendants' cellular telephones, investigators identified communications regarding previous efforts to overthrow the current South Sudanese government. (*See, e.g.*, Bates 4658.)  Additional witnesses—who would only be called in rebuttal, if needed—have similarly told investigators that Ajak sought to conduct a coup in early October 2023, before his first interaction with the UCs. (*See, e.g.*, Bates 8478 – 8765; Bates 12198 – 12201.)

Evidence of defendants' efforts to procure weapons from other sources—along with previous efforts to effect a non-democratic regime change—is directly relevant to the charged conduct and is inextricably intertwined with the offenses in the Superseding Indictment.  To the extent, however, that these efforts are construed as other acts or wrongs, the information is independently admissible under Rule 404(b) for the purpose of establishing defendants' intent, motive, preparation, plan, knowledge, and absence of mistake or accident.  If defendants raise an entrapment defense, the information is also admissible regarding predisposition, as the evidence demonstrates that defendants were simultaneously exploring other weapons suppliers in Europe and Africa and had previously

sought a regime change in South Sudan. Because the evidence has probative value other than for criminal character and is not unfairly prejudicial, it is admissible at trial. Fed. R. Evid. 404(b); Fed. R. Evid. 403.

Respectfully submitted this 1st day of August, 2025.

>TIMOTHY COURCHAINE
>United States Attorney
>District of Arizona
>
>*s/Amy C. Chang*
>AMY C. CHANG
>RAYMOND K. WOO
>M. BRIDGET MINDER
>Assistant U.S. Attorneys
>
>LESLIE C. ESBROOK
>CHRISTOPHER M. COOK
>Trial Attorneys, National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*
Kurt Altman, *Attorney for Peter Ajak*

*s/Theresa Hanson*
U.S. Attorney's Office