TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AMY C. CHANG
Arizona State Bar No. 027566
RAYMOND K. WOO
Arizona State Bar No. 023050
M. BRIDGET MINDER
Arizona State Bar No. 023356
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: amy.chang@usdoj.gov
Email: raymond.woo@usdoj.gov
Email: bridget.minder@usdoj.gov

JOHN EISENBERG
Assistant Attorney General
National Security Division
LESLIE C. ESBROOK
New York State Bar No. 5406301
District of Columbia Bar No. 1670737
CHRISTOPHER M. COOK
District of Columbia Bar No. 90013354
Trial Attorneys
Counterintelligence and Export Control Section
950 Pennsylvania Ave, NW
Washington, DC 20530
Email: Leslie.Esbrook@usdoj.gov
Email: Christopher.Cook7@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Abraham Chol Keech,<br><br>　　　　　Defendant. | CR-24-00394-001-PHX-SPL<br><br>**JOINT MOTION FOR STATUS CONFERENCE** |

　　　　The parties respectfully request the Court set a status conference at its earliest convenience to discuss the following case-related matters:

(1)     **Defendant Abraham Keech's Rejection of Plea.**  On August 18, 2025, counsel for defendant Abraham Keech informed counsel for the government that defendant has rejected the government's plea offer.  The government requests the opportunity to make a record regarding (1) defendant's understanding of the potential sentence if the matter were to proceed to trial, including the mandatory minimum sentence of 25 years in custody if convicted of Count 4 of the Superseding Indictment (Doc. 71; *see* 18 U.S.C. §§ 2332g(c)(1)); (2) the terms of the government's plea offer; and (3) defendant's rejection of the plea offer and desire to proceed with trial.  *See Missouri v. Frye*, 132 S. Ct. 1399, 1409 (2012) (advising that a plea offer may be made part of the record "before a trial on the merits" to "ensure that a defendant has been fully advised before those further proceedings commence").

(2)     **Trial Schedule and Related Issues.**  The government understands that defense counsel would like to discuss with the Court various issues related to their ability to continue representing defendant, as well as the schedule for trial, which is currently set to begin on September 23, 2025 (Doc. 57).  The parties request an opportunity to discuss the upcoming trial schedule and other pretrial deadlines.

To address the issues identified above, the parties jointly request the Court set a status conference at its earliest convenience.

Respectfully submitted this 19th day of August, 2025.

>	TIMOTHY COURCHAINE
>	United States Attorney
>	District of Arizona
>
>	*s/Amy C. Chang*
>	AMY C. CHANG
>	RAYMOND K. WOO
>	M. BRIDGET MINDER
>	Assistant U.S. Attorneys
>
>	LESLIE C. ESBROOK
>	CHRISTOPHER M. COOK
>	Trial Attorneys, National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Richard C. Bock and Dominic Rizzi, *Attorneys for Abraham Keech*

 *s/Theresa Hanson*
U.S. Attorney's Office